[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
September 12, 2005
THOMAS K. KAHN
CLERK

No. 05-11281
Non-Argument Calendar

_____

D. C. Docket No. 04-00026-CR-4-RH-WCS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAMON ODIN LAGOS-MURILLO,
a.k.a. Antonio Cardona,
a.k.a. Raymond Lagos,
a.k.a. Denis Martinez-Murillo,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(September 12, 2005)

Before ANDERSON, WILSON and PRYOR, Circuit Judges

PER CURIAM:

Court-appointed counsel for Ramon Odin Lagos-Murillo seeks to withdraw on appeal pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination reveals no arguable issues of merit on which to base an appeal, counsel's motion to withdraw is **GRANTED**, and Lagos-Murillo's conviction and sentence is **AFFIRMED**.